IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | |
| RUDOLPH GEORGE STANKO, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

In the interest of judicial economy ,

IT IS ORDERED that this case is reassigned to District Judge Joseph F.

Bataillon for disposition and to Magistrate Judge F.A. Gossett for judicial supervision

and processing of all pretrial matters.

DATED this 27th day of February, 2006.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge