IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR50 |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendant. | ) | |

Before the court is defendant's motion for writ of habeas corpus or in the alternative for injunctive relief. Filing No. 20. Defendant contends that the grand jury composition is unconstitutional. On March 20, 2006, this court entered an order denying such a request and prohibiting defendant from filing repetitive motions. Filing No. 18. This motion is repetitive. Accordingly, it is denied.

Also before the court is defendant's affidavit, Filing No. 19, concerning his inability to access the court library. The court shall construe this affidavit as a motion and shall order the clerk to caption it as a motion. The court shall further order the government to respond to this motion.

THEREFORE, IT IS ORDERED that:

1. Defendant's motion, Filing No. 20, is denied;

2. The Clerk of Court shall cause Filing No. 19 to appear as a motion; and

3. The government shall file a response to Filing No. 19 within ten days of the date of this order.

DATED this 27th day of March, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge