IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court are defendant's motions, Filing Nos. 30, 31, and 32.

**Motion to Serve Electronically, Filing No. 30**

Defendant has filed this motion asking the court to electronically serve government attorney Frederick Franklin with all filings made by the defendant. Defendant makes this request because he has very limited access to paper and envelopes and is currently down to one envelope. The court will grant this motion and will require that Frederick Franklin be electronically notified by the Clerk of Court and receive electronic copies through CM/ECF of all filings by the defendant.

**Motion for Continuance, Filing No. 31**

Defendant requests a continuance of the pretrial and trial dates. He contends that he does not have access to his exhibits as he is currently "in the hole." The exhibits evidently are bound with metal binders, and the warden allegedly will not give the defendant access to them. The court will not continue the pretrial or trial deadlines at this time. However, the court will order the government to immediately assure that the defendant has access to those documents necessary to assist with his defense in some form that will eliminate the security problem.

**Motion for Discovery, Filing No. 32**

Defendant requests certain discovery from the government. The court has already ruled on the discovery issue in Filing No. 29. Thus, the motion will be denied.

IT IS ORDERED:

1. That defendant's motion, Filing No. 30, is granted. The court is ordered to send electronic copies of all of defendant's filings to Frederick Franklin. The defendant will not be required to personally serve copies of his filings on the government.

2. That defendant's motion for continuance, Filing No. 31, is denied. However, the government is ordered to immediately ensure that the defendant has access to those documents in his possession necessary to assist with his defense in some form that will eliminate the security problem.

3. Defendant's motion for discovery, Filing No. 32, is denied.

DATED this 31st day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge