IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR50 |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendant. | ) | |

It has come to this court's attention that a petition for rehearing is pending before the Eighth Circuit Court of Appeals regarding the interlocutory appeal filed in the above case. Therefore, this court does not have jurisdiction in this matter.

IT IS ORDERED that the order setting this case for trial on June 19, 2006, is withdrawn. A new trial order will be entered after mandate has been issued regarding the interlocutory appeal.

DATED this 8th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge