IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:06CR50 |
| v. | ) |
| | ) ORDER |
| RUDOLPH GEORGE STANKO, | ) |
| Defendant. | ) |

Before the court is defendant's Motion to Dismiss Trial Order (Filing No. 45). The court notes that it withdrew the trial order on June 8, 2006 (Filing No. 44). Accordingly,

IT IS ORDERED that defendant's motion, Filing No. 45, is denied as moot.

DATED this 16th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge