IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR50 |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Imprison the defendant in a Facility with a Larger Law Library and the Tools of the Legal Profession. Filing No. 51. The court previously ruled on this issue in Filing No. 18 and will not do so again.

Also before the court is defendant's Motion for Disclosure of the Government's File. Filing No. 52. The court notes that defendant admits the government has provided defendant with the necessary discovery from the file, but defendant wants to personally go through the file. The government has indicated to the court at past hearings in *United States v. Rudy Stanko*, 8:05CR93, that it has an open file policy and that it will provide the defendant with access to all documents to which he is entitled. If the government at any time decides to withhold documents from the defendant or if the government does not intend to honor that policy in this case, it must immediately so notify defendant and this court. Accordingly, this motion will be denied.

THEREFORE, IT IS ORDERED THAT defendant's motions, Filing Nos. 51 and 52, are denied.

DATED this 12th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge