IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR50 |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendant. | ) | |

    Before the court is defendant's motion to suppress signature card, Filing No. 54, and affidavit in support. Defendant requests a hearing on his motion. Filing No. 55. The defendant makes a one-line allegation that the signature card was illegally seized. The court finds no need for an evidentiary hearing at this time. However, the court will permit the defendant, if he chooses to proceed with this motion to suppress, to fully brief this issue so that the court is fully informed of the basis for the motion to suppress. The court will then review defendant's brief and determine if the government should respond, and if the court should thereafter conduct an evidentiary hearing.

    THEREFORE, IT IS ORDERED that defendant's motion for a hearing to suppress, Filing No. 54, is denied at this time, subject to reassertion as set forth herein.

    DATED this 12th day of July, 2006.

                                                     BY THE COURT:

                                                     s/ Joseph F. Bataillon
                                                     JOSEPH F. BATAILLON
                                                     United States District Judge