IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |

The court hereby orders the United States Marshal's Office to serve subpoenas on Keith Drinkwater, Nebraska State Patrol, Chadron, Nebraska; Kathy Wellnerd, First Security Bank, Rushville, Nebraska; Catherine Stanko, in Gordon, Nebraska; and Terry Robbins, Sheriff of Sheridan County, Nebraska, as requested in Filing No. 87 and as set forth in by this court in Filing No. 90. Because defendant is in forma pauperis, he is relieved of any obligation to pay for the costs of service.

SO ORDERED.

DATED this 16th day of August, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge