IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court are Filing No. 93, motion to issue a subpoena, and Filing Nos. 96 and 97, motions dismiss.  The court grants Filing No. 93 as set forth in Filing No. 99.  With regard to the motions to dismiss, defendant asks this court to dismiss the case because the government has allegedly failed to provide the checking account application to him. The court has carefully reviewed the requests and finds this is not a basis for dismissal of the case.  The government has provided defendant with all available evidence, and hence the case will be tried on its merits.

IT IS ORDERED:

1.  The motion to issue subpoenas, Filing No. 93, is granted as set forth in Filing No. 99; and

2.   The defendant's motions to dismiss, Filing Nos. 96 and 97, are denied.

DATED this 16th day of August, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge