IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR50 |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendant. | ) | |

Before the court is Filing No. 129, motion to suppress signature card. Defendant asks this court to suppress the signature card at issue in this case, because the government obtained the card prior to the grand jury subpoena. The Court previously addressed defendant's motion to suppress the signature card, Filing Nos. 54, 71, and 81, wherein defendant contended the card had been illegally obtained. Filing Nos. 59 and 84. The government provided the court with a copy of the grand jury subpoena which requested the signature card. Filing No. 106. The defendant has not offered any evidence that the government obtained the card at any other time or in any other manner. Accordingly, the defendant's motion to suppress and for a hearing is denied.

The court wishes to point out to the defendant that it entered an order dated August 10, 2006, Filing No. 89, wherein the court gave defendant until September 4, 2006, to file all pretrial motions. That deadline has now passed, and the defendant should cease filing pretrial motions.

THEREFORE, IT IS ORDERED THAT defendant's motion to suppress and for a hearing, Filing No. 129, is denied.

DATED this 18th day of September, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge