IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:06CR50 |
| v. | ) ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on multiple motions filed by the defendant: motion to case and desist, Filing No. 153; motion for subpoenas, Filing No. 154; motion to suppress, Filing No. 155; motion to cease and desist, Filing No. 156; motion for discovery, Filing No. 157; and motion for in camera hearing, Filing No. 158.

### Filing No. 153

Defendant moves the court to require all conspirators to cease and desist holding his files and to allow him access to the North Platte courthouse. The court has previously denied these requests on numerous occasions and again finds them to be without merit.

### Filing No. 154

Defendant asks for additional subpoenas for the trial in this case. Again, the court has addressed this request on numerous occasions and will not address it again. *See* Filing No. 152.

### Filing No. 155

Defendant files a motion and request for a hearing to suppress confidential banking material. Although referred to as Exhibit 1, there is no attached exhibit with this motion.

The defendant can raise this issue at trial, and the court will make a determination as to whether it is admissible.

### Filing No. 156

Defendant asks this court to order the United States Attorney to cease and desist divulging confidential discovery information. The court finds this motion to be without merit and denies the same.

### Filing No. 157

Defendant moves for his standby counsel to surrender all discovery and any other confidential legal matter. Defendant has made no showing that his standby counsel is withholding any legal materials from him. Consequently, this motion will be denied.

### Filing No. 158

Defendant moves the court to cease and desist holding any in camera hearings or discussions without the presence of the accused. The court notes that the defendant has been present at all hearings that would impact his case or where he would need to represent himself. Accordingly, this motion is denied.

THEREFORE, IT IS ORDERED that defendant's motions, Filing Nos. 153, 154, 155 (both parts), 156, 157, and 158 are denied.

DATED this 4th day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge