IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the court's own motion. Defendant has filed numerous motions in the past couple of months concerning his access to the library in preparation for trial. In response to his requests, the court set up a procedure whereby defendant could come to the Roman Hruska U.S. Courthouse and utilize the federal law library several days per week. The United States Marshals agreed to transport the defendant to and from the jail. During that time defendant apparently returned from the federal building to the Douglas County jail with his legal materials and books which is a violation of the Douglas County contraband policies. Because of such violation, defendant evidently received lock-down or solitaire as a form of discipline.

Trial is scheduled for October 23, 2006. The court reiterates its offer to the defendant to permit the defendant to come to the Roman Hruska U.S. Courthouse and utilize the law library. The court will permit transport to and from the Douglas County jail by the United States Marshal's Office to the federal courthouse for up to six hours per day and up to five days per week, excluding holidays, in order to allow the defendant sufficient access to the library prior to trial. However, the defendant must comply with all rules,

policies and procedures required by the Douglas County jail and by the United States Marshals. Failure to do so could result in the loss of the federal law library privileges. Further, defendant will be permitted to keep his legal papers and books in the federal building and to return to them each day. He will be given a box in which to keep these materials. He cannot take these materials with him to the Douglas County jail. If the defendant fails to follow all regulations set forth by the Douglas County jail or the United States Marshals, the United States Marshals shall immediately notify this court. If the defendant consents to this arrangement, he must notify the court in writing. The court then will notify the U.S. Marshal's Office to resume transportation as provided above.

SO ORDERED.

DATED this 4th day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge