IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on numerous motions filed by the defendant. Filing Nos. 165, 167, 168, 169, 170, 171, and 172.

**Filing No. 165, Motion for Discovery**

Defendant asks this court for all discovery from or about Brenda Berg. The court has previously ruled that the government must provide the defendant with access to all relevant information in its files. The court assumes the government has done so. Accordingly, this motion is denied.

**Filing No. 167, Motion to Appoint Counsel**

Defendant asks this court to appoint Roger Roots as standby counsel in this case. The court declines to permit Mr. Roots to represent Mr. Stanko in this case. Based on the court's experience with Mr. Roots in Mr. Stanko's previous case, *United States v. Stanko,* 05CR93, the court finds it would not be in either the defendant's or court's best interest to appoint Mr. Roots. Further, defendant currently has court-appointed standby counsel to assist him in this case.

**Filing No. 168, Motion to Pay Telephone Calls**

Defendant moves this court to pay telephone calls he makes to area code 308 in North Platte to contact witnesses for his trial. The court will permit defendant to submit an

itemized statement of telephone costs following trial. The court will determine at that time if any of defendant's telephone calls will be reimbursed. Accordingly, defendant's motion will be denied at this time.

**Filing No. 169, Motion to Fire Joseph Gross**

Defendant moves this court to fire standby counsel Joseph Gross. The court has reviewed the motion and finds it has no merit. Accordingly, this motion is denied.

**Filing No. 170, Motion for Haircut**

Defendant requests a haircut prior to trial. The defendant should confer with standby counsel concerning this request.

**Filing No. 171, Objection to Motion for Miscellaneous Relief**

Defendant asks the court to reconsider its order denying service of multiple additional subpoenas. The motion is denied.

**Filing No. 172, Objection**

Defendant objects to Filing No. 164, arguing that the court must meet his terms for access to the law library and to legal resources. This objection is denied and overruled.

THEREFORE, IT IS ORDERED that the defendant's motions, Filing Nos. 165, 167, 168, 169, 170, 171 and 172, are denied.

DATED this 12th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge