IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court sua sponte.   The office of the Clerk of Court is receiving subpoenas from the defendant without appropriate names and addresses. Defendant is instructed that he must supply complete names and addresses with his requests for subpoenas that are to be issued by the U.S. Marshal's Office.  He can do so by giving the Clerk of Court or standby counsel Joseph Gross these names and addresses. Failure to comply with this requirement will cause the subpoenas not to be issued.

SO ORDERED.

DATED this 13th day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge