IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a request for a subpoena for trial in this case. The U.S. Marshal's Office is ordered to serve a subpoena on Shiela Budd, Secretary, Security First Bank, P.O. Box 550, 101 E. 2nd Street, Rushville, Nebraska 69360.

SO ORDERED.

DATED this 13th day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge