IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court following a hearing in this case. The U.S. Marshal's Office informed the court that defendant no longer wishes to spend his days at the federal court accessing the federal court library. Based on the arguments and information received during the hearing, the court orders the following:

1. Defendant shall be permitted to return today to the Douglas County Jail with one box of legal documents and legal books. All documents and books are subject to the security restrictions of Douglas County Jail. However, to the extent possible, defendant should be entitled to keep his legal documents and law books pertaining to the trial of his case in this court next Monday, October 23, 2006.

2. The court notes again that defendant is pro se in this case. As such, he is entitled to prepare his defense for his trial. To effectuate that right, he needs adequate access to a law library. To the extent possible, the court requests the Douglas County Jail to allow the defendant access to its law library this week for two or more hours each day, on Wednesday, Thursday, and Friday (October 18, 19 and 20).

3. The defendant has clearly expressed his desire to not return to the federal courthouse to conduct his library research and trial preparation. To that extent, the U.S. Marshal's Office will not transport him to the federal courthouse on Wednesday or

Thursday, October 18 and 19, 2006. In addition, if the Douglas County Jail will permit defendant access to their law library on Friday, October 20, 2006, the U.S. Marshal's Office will likewise not transport defendant to the federal courthouse on October 20. If, however, the Douglas County Jail will not permit the defendant access to its library on Friday, October 20, 2006, then the U.S. Marshal's Office will transport defendant to the Roman Hruska U.S. Courthouse on that date. If such transportation occurs, defendant will be entitled to bring and return with him one box of legal documents and legal books.

4. If the defendant is transported on Friday, October 20, 2006, to the federal courthouse, he must attempt to supply the U.S. Marshal's Office with a list of requested law books by Thursday, October 19, 2006, that he would like in his cell. The U.S. Marshal's Office will attempt to provide him with such books upon his arrival at the federal courthouse.

5. During the trial in this case beginning October 23, 2006, defendant shall be permitted to bring no more than one box of legal documents and legal books to and from the courthouse each day.

SO ORDERED.

DATED this 17th day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge

2