IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR50 |
| ) | |
| v. ) | |
| ) | ORDER |
| RUDOLPH GEORGE STANKO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motions, Filing Nos. 224 and 225, for a new trial and for acquittal. The court has very carefully reviewed the motions and finds no grounds for acquittal or a new trial.

THEREFORE, IT IS ORDERED that defendant's motions, Filing Nos. 224 and 225, are denied.

DATED this 26th day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge