IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's motion for acquittal.   Filing No. 246.

The court has previously ruled on this request and denies defendant's renewed motion.

THEREFORE, IT IS ORDERED that defendant's motion for acquittal, Filing No. 246,

is denied.

DATED this 14th day of November, 2006.

BY THE COURT:


s/Joseph F. Bataillon
Chief United States District Judge