IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for continuance, Filing No. 248, and motion for copies, Filing No. 249.

With regard to the motion for continuance, defendant moves this court to continue his sentencing date pursuant to Fed. R. Crim. P. 32(e)(2) which allows for 35 days before sentencing after receipt of the probation report.  The court shall grant this motion.

With regard to the motion for copies, defendant asks for copies of a number of pleadings filed during the trial.  The court will grant this request.

THEREFORE, IT IS ORDERED that

1.  Defendant's motion for a continuance, Filing No. 248, is granted.  A new sentencing schedule shall be entered by separate order.

2.  Defendant's motion for copies, Filing No. 249, is granted.  The Clerk of Court is ordered to supply defendant with copies of the pleadings requested in Filing No. 249.

DATED this 17th day of November, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge