IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |

     Defendant has mailed to the Clerk of Court a request for a subpoena for Captain Dennis McCabe, a police officer in Billings, Montana. Filing No. 263. Defendant requests that Captain McCabe appear and bring various certified copies of judgments and sentencing orders with him to the defendant's sentencing. The court is not going to order a police officer to appear at court for sentencing for the purpose of producing these documents. However, the court will order the United States Probation Office to obtain copies of the documents requested in Filing No. 263 and to provide copies of these documents to the defendant prior to sentencing.

     IT IS ORDERED that United States Probation Office shall obtain copies of the documents requested in Filing No. 263 and to provide copies of these documents to the defendant as soon as possible prior to sentencing. The Clerk of Court is ordered not to issue a subpoena pursuant to the request in Filing No. 263.

     DATED this 12th day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge