IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR50 |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendant. | ) | |

Before the court is defendant's motion to reconsider his petition for mandamus. Filing No. 285. The court denies defendant's motion for reconsideration.

THEREFORE, IT IS ORDERED that defendant's motion, Filing No. 285, is denied.

DATED this 25th day of January, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge