IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR50 |
| | ) | |
| v. | ) | |
| | ) | |
| RUDOLPH GEORGE STANKO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (§ 2255 motion). (Filing No. 275). The court has not sentenced defendant in this case; therefore, the § 2255 motion is denied as premature.

IT IS ORDERED:

1. That defendant's § 2255 motion (Filing No. 275) is denied without prejudice;

2. The Clerk of Court shall send a copy of this Memorandum and Order to defendant at his last known address.

DATED this 5th day of February, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge