IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 8:06CR50 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO WITHDRAW** |
| vs. | ) | **EXHIBITS OR TO SHOW** |
| | ) | **CAUSE WHY EXHIBITS** |
| RUDOLPH GEORGE STANKO, | ) | **SHOULD NOT BE DESTROYED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), the pro se party shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Defendant's exhibit numbers 101-103, 131-132, 134-136 from Trial held October 23-25, 2006

If the pro se party fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 28th day of February, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge